

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00203-CV

Timothy Dewayne **OFFORD**,
Appellant

v.

Joe L. **CUELLAR** Sr., Matilda Cuellar, and Joe Louis Cuellar Jr.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI03352
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs of the appeal are taxed against appellant Timothy Dewayne Offord.

SIGNED June 4, 2014.

_____
Luz Elena D. Chapa, Justice